86

A. B. DICK PRODUCTS Co., Ralph B. Jones, Claimant, *vs.*
STATE OF ILLINOIS, SUPERINTENDENT OF PUBLIC INSTRUCTION,
Respondent.

*Opinion filed October 2, 1973.*

A. B. DICK PRODUCTS Co., Ralph B. Jones, Claimant,
pro se.

WILLIAM J. SCOTT, Attorney General; WILLIAM E.
WEBBER, Assistant Attorney General, for Respondent.

PER CURIAM.

PRINCETON ELECTRIC SUPPLY, INC., Claimant, *vs.* STATE OF
ILLINOIS, SECRETARY OF STATE, Respondent.

*Opinion filed October 2, 1973.*

PRINCETON ELECTRIC SUPPLY, INC., Claimant, pro se.

WILLIAM J. SCOTT, Attorney General; WILLIAM E.
WEBBER, Assistant Attorney General, for Respondent.

PER CURIAM.